**Order filed December 22, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00349-CV
_____

## METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant

## V.

## LEBRODERICK WILLIAMS AND RODERICK JELKS, Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2018-89979**

## O R D E R

Appellant's brief was due November 12, 2020. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before January 11, 2021, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.